# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

BANK OF OKLAHOMA, N.A., )
an Oklahoma Banking )
Corporation, )
                               )
        Plaintiff, )
                               )
v. )    Case No. CIV-07-252-KEW
                               )
HORIZON MANAGEMENT, )
LLC, et al., )
                               )
        Defendant. )

## ORDER OF REMAND

This matter comes before the Court on Plaintiff's Motion to Remand filed September 4, 2007 (Docket Entry #14). This case originated in the District Court in and for Muskogee County, Oklahoma until it was removed on August 17, 2007 by the United States of America, ex rel. Internal Revenue Service. The removal was based upon the United States being named as a party Defendant. Plaintiff and the United States entered into a Stipulation of Dismissal filed in this case on September 4, 2007, dismissing the IRS from the case.

On the same date, Plaintiff filed the subject request to remand this case based upon the lack of Federal jurisdiction. Plaintiff supplemented the request on September 7, 2007 to reflect that no party remaining in the case objected to the remand. Moreover, no objection to the requested remand has been filed within the time permitted by this Court's local rules. Consequently, the content of the Motion is deemed confessed,

thereby entitling Plaintiff to the relief it requests. ly removable, thereby entitling the parties to the relief they request.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand filed September 4, 2007 (Docket Entry #14) is hereby **GRANTED**. This case is hereby **REMANDED** to the District Court in and for Muskogee County, Oklahoma for disposition.

IT IS SO ORDERED this 20th day of September, 2007.

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE